UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-6026-SNOW

IN RE: SEALED CRIMINAL
COMPLAINT
_____/

## MOTION TO SEAL

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests that the Criminal Complaint and supporting Affidavit, this Motion to Seal, and any resulting Order be SEALED until the arrest of the person named in the complaint or until further order of the Court, excepting copies provided to the United States Attorney's Office and Law Enforcement Personnel, for the reason that the integrity of the ongoing investigation might be compromised should knowledge of this Criminal Complaint become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 1/18/2019

By: _____
JARED M. STRAUSS
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501264
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
(954) 356-7255 (telephone)
(954) 356-7336 (fax)
jared.strauss@usdoj.gov