UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-6026-SNOW

UNITED STATES OF AMERICA

v.

BRANDON FLEURY,

    Defendant.
_____/

## MOTION TO UNSEAL

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests that the Criminal Complaint and supporting Affidavit, and as well as the Motion to Seal and Sealing Order filed on January 18, 2019, be unsealed. The Defendant has been arrested. Therefore, there is no longer a need for the above-described items to remain sealed.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 1/18/2019

By: _____
JARED M. STRAUSS
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501264
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
(954) 356-7255 (telephone)
(954) 356-7336 (fax)
jared.strauss@usdoj.gov