UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-6026-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON FLEURY,

    Defendant.

_____

## ORDER

THIS CAUSE is before the Court on the Government's Motion to Unseal as Defendant, Brandon Fleury has been arrested in the Central District of California (Santa Ana Division). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the above reference case is unsealed.

DONE AND ORDERED at Fort Lauderdale, Florida, this 18th day of January, 2019.

                                                LURANA S. SNOW
                                               UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Jarad Strauss (FTL)